FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DEBRA W. YANG, U.S. Attorney
STEVEN D. CLYMER, S.A.U.S.A.
Chief, Criminal Division
STEVEN R. WELK, A.U.S.A.
Chief, Asset Forfeiture Section
VICTOR A. RODGERS, A.U.S.A.
California Bar No. 101281
312 North Spring Street, 14th Fl.
Los Angeles, California 90012
Telephone: (213) 894-2569

ATTORNEYS FOR:

2003 SEP 22 PM 3:37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ______

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s),

v.

$118,312.46 in Bank Funds Seized from Hemlock Federal Bank Account Numbers, et al.

Defendant(s)

CASE NUMBER

LACV03-6809 NM (RNBx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 83-1.5)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for United States of America (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Galeb Mizyed | Potential Claimant |
| Badeeh Myzyed | Potential Claimant |
| Saleh Mizyed | Potential Claimant/Registered Owner |
| Harlem Motor Cars, Inc. | Lienholder |

9/22/03
Date

Sign

Victor A. Rodgers, AUSA
Attorney of record for or party appearing in pro per

ENTER ON ICMS
SEP 25 2003

2