1  Law Offices of Ronald Richards & Associates
   Ronald Richards, Esq. Bar#176246
2  P.O. Box 11480
   Beverly Hills, CA 90213
3  Telephone (310) 556-1001
   Fax        (310) 277-3325
4
   Attorney for Claimant
5



6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA          CASE# CV 03-06809-NM (RNBx)

13         Plaintiff                  CERTIFICATE RE: INTERESTED
                                       PARTIES
14         v.
                                       DEMAND FOR JURY TRIAL
15  ($118,312.46) in United States Currency et.
    al. and other related assets
16
           Defendant
17

18

19

20              CERTIFICATE RE: INTERESTED PARTIES

21  The following parties have an interest in this case.

22  1.  Saleh Mizyed

23  2.  Fahima Mizyed

24              CERTIFICATE RE: RELATED CASES:

25  The claimant knows of no related cases.

26  I declare as the attorney of record in this action the above to be true and correct.

27

28



Ronald Richards



1

PROOF OF SERVICE

STATE OF CALIFORNIA )

) ss.

COUNTY OF LOS ANGELES )

I am employed by a member of the bar of the court; I am over the age of 18 and not a party to the within action; my business address is P.O. Box 11480, Beverly Hills, CA 90213

On December 5, 2003, I served the foregoing document described as **CERTIFICATE RE: INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Victor Rodgers
Assistant United States Attorney
14th Floor
312 North Spring Street
Los Angeles, CA 90012

__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ Via Hand-Delivery.
____ Via Federal Express/Express Mail.
____ Via Fax.

Executed on December 5, 2003, at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____