Stanley L. Friedman (CA SBN 120551)
445 S. Figueroa Street, Suite 2700
Los Angeles, CA 90071-1631
Telephone No. (213) 629-1500

Attorneys for Claimant
Abdul Mizyed

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 03-06809-NM (RNBx) |
| Plaintiff, | **NOTICE OF CLAIM; DECLARATION OF ABDUL MIZYED** |
| vs. | |
| $118,312 IN BANK FUNDS, et al., | |
| Defendant. | |

TO PLAINTIFF UNITED STATES OF AMERICA AND TO THE UNITED STATES ATTORNEY'S OFFICE, ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Supplemental Rule of Civil Procedure C-(6), Abdul Mizyed asserts claim, as rightful owner, to:

Asset No. ID 03-DEA-420227; Property: Assorted Jewelry in Safe Deposit Box #1893;

Seizure Date: 4/15/03; Seizure Place: Oak Forest, IL; Owner Name on Box: Abdul

Mizyed and Elsa Mizyed; and Seized From Abdul and Elsa Mizyed

sought to be forfeited in this action, reserving all his rights and requesting that it not be forfeited.

The undersigned attorney, makes this claim on behalf of Abdul Mizyed, and represents that he is authorized to make this claim on Abdul Mizyed's behalf.

DATED: December 30, 2003.          STANLEY L. FRIEDMAN

Stanley L. Friedman
Attorneys for Claimant
Abdul Mizyed

## DECLARATION

I am informed and believe, and on that ground allege, that the matters stated in the foregoing document are true.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this 30th day of December, 2003 at Los Angeles, California.

STANLEY I. FRIEDMAN

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a resident of and/or employed in the county of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 445 S. Figueroa Street, Suite 2700, Los Angeles, CA 90071-1631. |
| 4 | On December 30, 2003, I served the within document(s) in this action entitled: |
| 5 | **NOTICE OF CLAIM; DECLARATION OF ABDUL MIZYED** |
| 6 | on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows: |
| 8 | **Victor A. Rodgers, Esq.** |
|   | **Assistant U.S. Attorney** |
| 9 | **U.S. Attorney's Office** |
|   | **312 N. Spring Street, 14th Floor** |
| 10 | **Los Angeles, CA 90012** |
| 11 | Executed on December 30, 2003, at Los Angeles, California. |

( __ )   (State)          I declare under penalty of perjury that the foregoing is true and correct.

( X )   (Federal)        I declare that I am employed in the office of a member of the bar of the United States District Court for the Central District of California at whose direction the service was made.

*Stanley L. Friedman*

3