```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-2569
 9       Facsimile:  (213) 894-7177
         E-mail: Victor.Rodgers@usdoj.gov
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 03-06809-AG (RNBx) |
|---|---|
| Plaintiff, | ) PLAINTIFF'S STATUS REPORT REGARDING STATUS OF RELATED CRIMINAL CASE |
| v. | ) |
| $118,312.46 IN BANK FUNDS, ET AL., | ) |
| Defendants. | ) |
| SALEH MIZYED, GHALIA MIZYED, ABDUL MIZYED AND ELSA MIZYED, | ) |
| Claimants. | ) |



Pursuant to the Court's Order dated January 22, 2004 requiring the government to file reports concerning the status of the related criminal case, <u>United States v. Galeb Mizyed, et al.</u>, Case Number CR 03-398 (the "criminal proceeding"), in which Galeb Mizyed, Saleh Mizyed and fifteen other individuals were indicted as a result of their participation in the Mizyed pseudoephedrine drug trafficking organization, the government hereby submits this Report concerning the status of the criminal case.

The instant civil forfeiture action has been stayed pending the resolution of the criminal case. On or about August 3, 2004, a First Superseding Indictment was filed in the criminal case. The case was tried as to certain defendants in August 2006 before the Honorable Robert M. Takasugi. On August 3, 2006, a judgment of conviction was rendered as to certain defendants. Judge Takasugi has continued the sentencing for the convicted and the other defendants to dates between March and June 2007. Claimant and defendant Saleh Mizyed was sentenced on or about November 6, 2006 and a judgment was entered on the sentence on or about November 8, 2006. Claimant and defendant Galeb Mizyed was sentenced on or about February 5, 2007, and filed an appeal of his sentence on or about February 9, 2007. Claimant and defendant Ghalia Mizyed was sentenced in January 2007.

Pursuant to the Court's January 22, 2004 Order, the government's next status report is due within ninety (90) days of

/ / /
/ / /
/ / /
/ / /

1 | the filing of this Report. Accordingly, the next status report
2 | shall be due by May 15, 2007.
3 |
4 | DATED: February 16, 2007        GEORGE S. CARDONA
                                    Acting United States Attorney
5 |                                 THOMAS P. O'BRIEN
                                    Assistant U.S. Attorney
6 |                                 Chief, Criminal Division
                                    STEVEN R. WELK
7 |                                 Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
8 |
9 |                                 /s/ Victor A. Rodgers
10|                                 _____
                                    VICTOR A. RODGERS
11|                                 Assistant United States Attorney

12|                                 Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

3

<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>February 16, 2007</u>, I served a <u>**PLAINTIFF'S STATUS REPORT REGARDING STATUS OF RELATED CRIMINAL CASE**</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE ATTACHED LIST.**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>February 16, 2007</u> at Los Angeles, California.

**Teresa G. Martinez**

SERVICE LIST

1.)   Stanley L. Friedman, Esq.
      445 S. Figueroa Street, Suite 2700
      Los Angeles, CA 90071

2.)   Brian A. Newman, Esq.
      300 Corporate Pointe, Suite 330
      Culver City, CA 90230

3.)   Ronald Richards, Esq.
      P.O. Box 11480
      Beverly Hills, CA 90213

4.)   David A. Katz, Esq.
      Katz & Associates
      433 N. Camden Drive, Suite 600
      Beverly Hills, CA 90210